

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00752-CV

Lance **WINDHAM**,
Appellant

v.

**TRIANON PROPERTIES LLC**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 386604
Honorable Jason Pulliam, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 5, 2014.

_____
Karen Angelini, Justice